# Order

Michigan Supreme Court
Lansing, Michigan

August 3, 2021

161659 & (27)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

GAMIL MAHRAM and GEEHAN AL-GAHIM,
　　　Plaintiffs-Appellees,

v

MERITOR, INC.,
　　　Defendant-Appellant.

SC: 161659
COA: 352011
Wayne CC: 18-014997-NO

_____/

　　　On order of the Court, the motion to strike exhibits is DENIED. The application for leave to appeal the April 10, 2020 order of the Court of Appeals is considered and, it appearing to this Court that the case of *McMaster v DTE Energy Co* (Docket No. 162076) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 3, 2021



t0726

Clerk